Mabel Ramsey, appellee, v. Reliance Electric Protective Company, appellant. Gen. No. 35,734.

 Heard in the third division of this court for the first district at the February term, 1932. Opinion filed November 16, 1932.

Otto A. Kralik, for appellant. Daniel L. Madden, for appellee.

Mr. Justice Hall delivered the opinion of the court.